# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) 09-MC-213 |
| v. | ) Cr. No. 07-409 (Related to) |
| WILLIAM MCCLAFFERTY, | ) |
| Defendant, | ) |
| WALNUT STREET SECURITIES, and its successors and assigns, | ) |
| Garnishee | ) |

## ORDER OF COURT

AND NOW, this _15th_ day of _July_, 20_09_, upon consideration of the

United States' Application for Writ of Garnishment, the Clerk of the United States District Court

is hereby ordered to issue a Writ of Garnishment directed to Walnut Street Securities.

_____

UNITED STATES DISTRICT JUDGE